**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 17, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00621-CV

_____

## IN RE PANYA LERDTHAISONG AND SG CATTLE SERVICES CO. LTD., Relators

_____

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-70875**

## MEMORANDUM OPINION

On September 10, 2020, relators Panya Lerdthaisong and SG Cattle Services Co. Ltd. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable R. K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate his: (1) June 14, 2020 order denying relators' motion to

dismiss based on a forum selection clause, and (2) August 2, 2020 order denying relators' motion to reconsider.

Relators have also filed a motion for temporary relief, asking our court to stay all proceedings in the trial court pending our decision on the petition. *See* Tex. R. App. Proc. 52.10.

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Because relator has not shown that the trial court clearly abused its discretion, we deny relators' petition for writ of mandamus and motion for temporary relief.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.